(106 So. 54)

### J. A. ROBINSON v. STATE.    (2 Div. 341.)

(Court of Appeals of Alabama.    Nov. 3, 1925.)

Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

RICE, J. Affirmed, on authority of James A. Robinson v. State, ante, p. 159, 106 So. 53.

═══════

(105 So. 912)

### BOOTH et al. v. STATE.    (2 Div. 347.)

(Court of Appeals of Alabama.    Nov. 3, 1925.)

Criminal law ☞260(10)—Invalidity of justice's warrant, returnable direct to circuit court, not reviewable, where no plea in abatement was interposed.

Where no plea of abatement was interposed in circuit court, invalidity of warrant issued by justice of peace, returnable direct to circuit court, is not reviewable on appeal from conviction.

Appeal from Circuit Court, Bibb County; Fleetwood Rice, Judge.

Ed Booth and Jim Booth were convicted of violating the prohibition law, and they appeal. Affirmed.

Harwell G. Davis, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

· RICE, J. The defendants were jointly charged, tried, and convicted of the offense of violating the prohibition laws. The proceedings were had on an affidavit and warrant made before and issued by S. C. Rolen, a justice of the peace in and for Bibb county, and made returnable to the circuit court. There was no plea in abatement interposed by defendants in the circuit court; so there

was no error which this court will review. Sanders v. State, 16 Ala. App. 531, 79 So. 312.

There was ample evidence to support the judgment rendered by the court sitting without a jury, and, there being no error apparent on the record, the case is affirmed.

Affirmed.